UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARAH MILES,<br><br>             Plaintiff,<br><br>     v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | Case No. 2:23-cv-00695-RSL<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND |

Considering the Parties' Stipulated Motion for an Extension of Time to Respond to Plaintiff's Complaint, the Court being sufficiently advised:

IT IS ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to and including July 10, 2023.

IT IS SO ORDERED

DATED this 3rd day of July, 2023.

*/s/ Robert S. Lasnik*
_____
Robert S. Lasnik
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR EXTENSION
(CASE NO. 2:23-CV-00695-RSL)

SEYFARTH SHAW LLP
Attorneys at Law
999 Third Ave.
Suite 3000
Seattle, WA 98104
(206) 946-4910

95944680v.1