UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH MILES,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. C23-0695-KKE<br><br>ORDER DENYING STIPULATED MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS |

      This matter comes before the Court on the parties' stipulated motion to extend deadlines to file dispositive motions. Dkt. No. 18. The Court requires approximately 120 days between the dispositive motions deadline and the trial date. *See, e.g.*, Dkt. No. 17. The parties' proposed schedule results in approximately 90 days between the dispositive motions deadline and the trial date. Dkt. No. 18.

      The Court therefore DENIES the parties' stipulation (Dkt. No. 18), subject to re-filing in accordance with the Court's requirement as stated above. To the extent the parties wish to request to move the trial date in light of the Court's scheduling requirement, the parties may contact

Deputy Clerk Diyana Staples at Diyana_Staples@wawd.uscourts.gov to obtain available trial dates in advance of filing future stipulated motions.

Dated this 8th day of December, 2023.

Kymberly K. Evanson
United States District Judge