UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH MILES,<br><br>               Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>               Defendant. | CASE NO. C23-0695-KKE<br><br>ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND TRIAL DATE |

This matter comes before the Court on the parties' second stipulated motion to extend dispositive motion deadlines and to reset bench trial. The Court finds good cause to extend the case schedule. Accordingly, the Court **ORDERS** as follows:

(1) The parties shall file their dispositive motions on February 9, 2024. The parties shall note these dispositive motions for March 8, 2024 (four Fridays afterwards).

(2) The parties shall file combined response/reply briefs of no more than 18 pages on March 8, 2024.

(3) The one-day bench trial shall be moved to June 17, 2024.

(4) All other deadlines shall remain the same.

It is so **ORDERED**.

Dated this 12th day of December, 2023.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND TRIAL DATE - 1