UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH MILES,<br><br>              Plaintiff,<br><br>   v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>              Defendant. | CASE NO. C23-0695-KKE<br><br>ORDER GRANTING THIRD STIPULATED<br>MOTION TO EXTEND DISPOSITIVE<br>MOTION DEADLINE AND TRIAL DATE |

This matter comes before the Court on the Parties' third stipulated motion to extend dispositive motion deadlines and to reset the bench trial.  Dkt. No. 23.  The Court finds good cause to extend the case schedule.  Accordingly, the Court **ORDERS** as follows:

(1) The parties shall file their dispositive motions on March 5, 2024.  The parties shall note these dispositive motions for March 22, 2024.

(2) The parties shall file combined response/reply briefs of no more than 18 pages on March 22, 2024.

(3) The one-day bench trial shall be moved to June 24, 2024.

(4) All other deadlines shall remain the same.

It is so **ORDERED**.

Dated this 23rd day of January, 2024.

Kymberly K. Evanson
United States District Judge