UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH MILES,<br><br>                Plaintiff,<br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                Defendant. | CASE NO. C23-0695-KKE<br><br>ORDER GRANTING FOURTH STIPULATED MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE AND TRIAL DATE |

This matter comes before the Court on the Parties' fourth stipulated motion to extend dispositive motion deadlines and to reset the bench trial. Dkt. No. 26. The Court finds good cause to extend the case schedule. Accordingly, the Court **ORDERS** as follows:

(1) The parties shall file their dispositive motions on April 19, 2024. The parties shall note these dispositive motions for May 10, 2024.

(2) The parties shall file combined response/reply briefs of no more than 18 pages on May 10, 2024.

(3) The one-day bench trial shall be moved to August 12, 2024.

(4) All other deadlines shall remain the same.

It is so **ORDERED**.

Dated this 13th day of February, 2024.

Kymberly K. Evanson
United States District Judge