UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARAH MILES, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:23-cv-00695-KKE |
| | ) |
| v. | ) |
| | ) **ORDER GRANTING** |
| THE PRUDENTIAL INSURANCE COMPANY | ) **STIPULATED MOTION TO** |
| OF AMERICA, | ) **DISMISS WITH PREJUDICE** |
| | ) |
| Defendant. | ) |
| | ) |

Having considered the parties' Stipulated Motion to Dismiss with Prejudice (Dkt. No. 29), the Court finds that that motion should be granted.

Accordingly, the Court **ORDERS** as follows:

(1) This action is **DISMISSED WITH PREJUDICE**.

(2) The remaining deadlines and trial date are vacated.

(3) Each party shall pay its/her own attorney's fees and costs.

It is so **ORDERED**.

Dated this 8th day of April, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge